IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3087 |
| | ) | |
| V. | ) | |
| | ) | |
| GUY E. ALLEN, CHRISTOPHER MALLETT, | ) | ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |

In the presence of Terrell Tyler and his counsel, and pursuant to 18 USC §§ 6002 & 6003 and otherwise,

IT IS ORDERED that Terrelle Tyler shall give truthful testimony in the trial of *United States v. Guy Allen and Christopher Mallett*, 4:11CR3087 presently pending before the court and in further proceedings ancillary thereto. No testimony or other information compelled pursuant to this order (or any information directly or indirectly derived from such testimony or other information) may be used against Mr. Tyler in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with the order. The undersigned finds and concludes that the testimony of Terrelle Tyler is necessary to the public interest and approval for this order has been given by a Deputy Assistant Attorney General of the United States Department of Justice pursuant to the authority vested in him by the laws of the United States and otherwise.

Terrelle Tyler is informed that failure to abide by this order, including a refusal to testify, may subject Terrelle Tyler to prosecution for criminal contempt and upon conviction may subject Terrelle Tyler to imprisonment (up to and including life in prison), supervised release following release from prison, a fine and a special assessment. Any such penalty may be imposed to run consecutive to any other sentence.

The government's motion, filing no 218, which has previously been provided to counsel for Terrelle Tyler, is granted.

This order was read to Terrelle Tyler and a copy provided to Mr. Tyler and his counsel in open court on the date and year below shown.

DATED this 30th day of January, 2013.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge