IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3087 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| GUY E. ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from the defendant.

IT IS ORDERED that:

(1)     The Clerk of Court shall file the letter as a restricted document.

(2)     The Clerk of Court shall provide a copy of this order and the defendant's letter to counsel for the government, to counsel for the defendant, and to the Probation Office.

Dated April 15, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge