IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3087 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| GUY E. ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

Since the defendant is not entitled to free copies,

IT IS ORDERED that the defendant's motion (filing 292) is denied. The Clerk of Court shall provide a copy of this order and the defendant's letter to counsel for the government, to counsel for the defendant, and to the defendant at defendant's last known address.

Dated July 15, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge