IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3087-1 |
| V. | ) | |
| GUY E. ALLEN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to extend (filing no. 327) is denied. A copy of this order shall be mailed to the defendant at his last known address.

DATED this 4th day of January, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge