IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:11CR3087 |
| v. | ) | |
| GUY E. ALLEN, | ) | JUDGMENT |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered for the United States of America and against Defendant Allen providing that he shall take nothing and the Motion to Vacate under 28 U.S.C. § 2255 (filing no. 316) is denied with prejudice. The undersigned does <u>not</u> issue a certificate of appealability.

DATED this 7th day of January, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge