IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3087-1 |
| v. | ) | |
| GUY E. ALLEN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that defendant's motion for sentence reduction under the First Step Act (filing no. 341) is denied because the defendant was sentenced to the mandatory minimum and the mandatory minimum has not changed.

DATED this 12th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge