IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3087 |
| v. | ) | |
| | ) | **ORDER** |
| GUY E. ALLEN, | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant's Motion for Amended Judgment to Reflect Time Served (Filing No. 344) is denied.

    DATED this 22nd day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge